# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00021-CV

**In re Rachelle Primeaux**

**E. A. A., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-003766, THE HONORABLE TIM SULAK, JUDGE PRESIDING

## O R D E R  T O  S H O W  C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of E. A. A. The subject of this proceeding is court reporter Rachelle Primeaux, who has failed to comply with this Court's order to file the reporter's record.

On January 23, 2020, we ordered Primeaux to file the record by January 27, 2020, and cautioned her that failure to file the record by that date could require her to show cause why she should not be held in contempt of court. To date, the record has not been filed.

Therefore, it is hereby ordered that Rachelle Primeaux shall appear in person before this Court on Wednesday, February 12, 2020, at 10:00 a.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in

Austin, Travis County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our January 23, 2020 order. This order to show cause will be withdrawn and Primeaux will be relieved of her obligation to appear before this Court as ordered above if the Clerk of the Court receives the complete reporter's record on or before February 10, 2020.

It is ordered on January 30, 2020.


Before Chief Justice Rose, Justices Baker and Triana